RECEIVED
JAN - 8 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES KOFI ASARE,<br>  Petitioner | CIVIL ACTION<br>1:12-cv-00695 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| DAVID COLE, et al.,<br>  Respondents | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Asare's habeas petition is DENIED AND DISMISSED WITH PREJUDICE AS MOOT.

Additionally, the Court notes the copy of the report and recommendation mailed October 31, 2012 to Mr. Asare's last known address was returned to the Clerk of Court on November 13, 2012, marked "return to sender". More than thirty days have passed since November 13, 2012, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W and Rule 41(b) of the Federal Rules of Civil Procedure is also appropriate.

SIGNED on this 8th day of January, 2013, at Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE